JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SHEMESH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | CV 21−4313−MWF (KSx)<br><br>ORDER GRANTING STIPULATION TO DISMISS |

　　　　Pursuant to stipulation of the parties and the consummation of the settlement, IT IS HEREBY ORDERED that the case is dismissed with prejudice in its entirety. Each side is to bear their own attorneys' fees and costs.

Dated: March 4, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge